| | |
|---|---|
| **From:** | Nexo Compliance |
| **To:** | White, Christy |
| **Cc:** | Jackson, Shawn |
| **Subject:** | RE: SEC v. Thomas Stanley, No. 2:20-mc-14097 (S.D.Fla.) |
| **Date:** | Thursday, March 24, 2022 12:44:10 PM |
| **Attachments:** | image002.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mrs. Christy J. White,
Dear Mr. Shawn A. Jackson,

Re: Response to Notice of Temporary Restraining Order Freezing Assets

We kindly inform you that we were able to identify the following persons, designated in the respected notice, as clients of Nexo Capital Inc:

1. Thomas Miguel Magallon;
2. Trenten Stanley;
3. Taylor Stanley;

Please note **we have restricted** the accounts of the aforementioned clients.

Please be advised that we have had further discussions with our legal advisers and have carefully examined the applicable regulatory obligations that Nexo Capital Inc is obliged to follow in relation to foreign seizure notices. In that regard, and in accordance with the Cayman Proceeds of Crime Act (2020 Revision) and the Cayman Criminal Justice (International Cooperation) Law (2020 Revision), for a foreign criminal seizure/confiscation order to be enforced, a formal request would need to be sent to the Cayman Islands Director of Public Prosecutions. The above referenced legislation outlines the mechanisms by which a foreign government may seek to enforce such orders upon a Cayman entity.

We,


EXHIBIT P. 35

therefore, kindly ask you to please follow the established mechanisms in order for us to proceed further with enforcing the seizure order.

--
Sincerely,
Sofroniy Ivanov
AML Compliance Associate
Banking on Crypto
nexo.io

--------------- Original Message ---------------
From: White, Christy [whitechr@sec.gov]
Sent: 24/03/2022 16:01
To: compliance@nexo.io
Cc: jacksonsh@sec.gov
Subject: RE: SEC v. Thomas Stanley, No. 2:20-mc-14097 (S.D.Fla.)

To Whom It May Concern:

Please see below for the requested information:

Taylor Stanley:

    DOB: █████████

    Address: ███████████████████████████
    ███████████████████████

Trenten Stanley:

DOB: ████████

Address: ███████████████████████
███████████████████████
███████████████████

Thank you,

2

Sofroniy Ivanov
AML Compliance Associate Banking on Crypto
nexo.io


--------------- Original Message ---------------
**From:** Jackson, Shawn [jacksonsh@sec.gov]
**Sent:** 16/03/2022 14:55
**To:** support@nexo.io
**Cc:** whitechr@sec.gov; jacksonsh@sec.gov
**Subject:** SEC v. Thomas Stanley, No. 2:20-mc-14097 (S.D.Fla.)


To Whom It May Concern,


Please find attached a letter, passport information, and *ex parte* TRO against Mr. Thomas R. Stanley, II and others. If you have any questions, please contact Mrs. Christy J. White, Assistant Chief Litigation Counsel at (202) 551-4502 or whitechr@sec.gov.


Regards,


Shawn A. Jackson, JD, M.Div., DTM

Senior Paralegal Specialist to Christy J. White, Esq.

U.S. Securities and Exchange Commission

Division of Enforcement

Office of Collections – Trial Unit

Mail Stop 5628

Washington, DC 20549

202-551-**4573**

3



**PRIVILEGED & CONFIDENTIAL:** This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.


